Rob A. Justman (*Admitted Pro Hac Vice*)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci Carney
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for the Plaintiff,*
*Mt. Hawley Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mt. Hawley Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Richardson Construction Inc.,<br><br>Defendant. | Case No. 2:24-cv-01001-GMN-EJY<br><br>**JOINT STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)**<br><br>**[SUBMITTED IN COMPLIANCE WITH LR 26-4]** |

## JOINT STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)

IT IS HEREBY STIPULATED by and between Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") and Defendant Richardson Construction, Inc. ("Richardson") to extend discovery deadlines by 90 days for good cause shown. This Joint Stipulation and Proposed Order is submitted pursuant to and in compliance with LR26-4 as follows:

### 1. Statement specifying the Discovery Completed

On May 29, 2024 Mt. Hawley filed its complaint for declaratory judgment. On June 24, 2024 Richardson filed their answer. The parties filed their Joint Stipulated Discovery Plan and Scheduling Order on July 30, 2024, seeking special scheduling review which was granted by the Court. On August 28, 2024 Richardson served FRCP 34 requests for production of documents and FRCP 33 interrogatories on Mt. Hawley, which Mt. Hawley responded to on October 28, 2024.

### 2. A Specific Description of the Discovery that Remains to be Completed

An extension of the deadlines would allow for a FRCP 30(b)(6) deposition of a representative(s) of Mt. Hawley and/or deposition of the insurance agent. Furthermore, the underlying case on which this Declaratory Judgment Action is based is moving toward mediation, and an extension of the discovery deadline in this case would allow the parties the opportunity to participate in the mediation and potentially resolve the issues in this case prior to filing of dispositive motions, currently set for April 25, 2025.

### 3. Reasons Why Discovery is Not Completed

Counsel for Richardson has participated in six complex trials in the last eighteen months, and just completed a month-long trial on March 21, 2025. Richardson's counsel has a trial scheduled for May 27, 2025, which is also anticipated to go a full month. As a result, it has been difficult to complete the discovery in this case prompting the current request to extend discovery dates and deadlines.

### 4. Proposed Amendments to the Scheduling Order

|  | **Current Scheduling Order** | *Requested* **Amended Scheduling Order** |
|---|---|---|
| Amending Pleadings and Adding Parties | December 20, 2024 | (no change) |
| Initial Expert Disclosures | January 24, 2025 | (no change) |
| Rebuttal Expert Disclosures | February 24, 2025 | (no change) |

2

| Discovery Closes | March 24, 2025 | *June 23, 2025* |
| --- | --- | --- |
| Dispositive Motions | April 25, 2025 | *July 25, 2025* |
| Pre-Trial Order, if no Dispositive Motions | May 26, 2025 | *August 25, 2025* |

**IT IS SO STIPULATED AND AGREED**

| | |
| --- | --- |
| THE CAVANAGH LAW FIRM, PA<br><br>By: *Marisa A. Pocci*<br>    Rob A. Justman (*Admitted Pro Hac Vice*)<br>    1850 North Central Avenue, Suite 1900<br>    Phoenix, Arizona 85004<br>    (602) 350-8180<br>    rjustman@cavanaghlaw.com<br><br>    Marisa A. Pocci Carney<br>    Nevada Bar No. 10720<br>    Litchfield Cavo, LLP<br>    3993 Howard Hughes Parkway<br>    Suite 100<br>    Las Vegas, Nevada 89169<br>    (702) 949-3100<br>    pocci@litchfieldcavo.com<br>    *Attorneys for Plaintiff, Mt. Hawley Insurance Company*<br><br>DATED this 24th day of March, 2025 | PARKER, NELSON & ASSOCIATES, CHTD.<br><br>By: */s/ Theodore Parker, III*<br>    Theodore Parker, III, Esq.<br>    Nevada Bar No. 4716<br>    2460 Professional Court, Suite 200<br>    Las Vegas, NV 89128<br>    (702) 868-8000<br>    tparker@parkernelson.com<br>    Attorneys for Defendant, *Richardson Construction, Inc.*<br><br>DATED this 24th day of March, 2025 |

**<u>ORDER</u>**

IT IS SO ORDERED.

Date: March 24, 2025

                                              UNITED STATES MAGISTRATE JUDGE

3