Rob A. Justman (Admitted Pro Hac Vice)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for Mt. Hawley Insurance Co.*

Theodore Parker, III
Nevada Bar No. 4716
Parker, Nelson & Associates, Chtd.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
(702) 868-8000
tparker@pnalaw.net
*Attorneys for Richardson Construction Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Mt. Hawley Insurance Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Richardson Construction Inc.,<br><br>    Defendant. | Case No. 2:24-cv-01001-GMN-EJY<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)**<br><br>**[SUBMITTED IN COMPLIANCE WITH LR 26-4]** |

# JOINT STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)

IT IS HEREBY STIPULATED by and between Mt. Hawley Insurance Company ("Mt. Hawley") and Richardson Construction, Inc. ("Richardson") to extend discovery deadlines by 60 days for good cause shown. This Joint Stipulation and Proposed Order is submitted in compliance with LR 26-4 as follows:

**1.      Statement specifying the Discovery Completed**

On May 29, 2024, Mt. Hawley filed its complaint for declaratory judgment. On June 24, 2024, Richardson filed its answer. The parties filed their Joint Stipulated Discovery Plan and Scheduling Order on July 30, 2024, seeking special scheduling review which was granted by the Court. On August 28, 2024, Richardson served FRCP 34 requests for production of documents and FRCP 33 interrogatories on Mt. Hawley, which Mt. Hawley responded to on October 28, 2024.

In March 2025, Richardson raised certain discovery disputes and made a request for supplementation of Mt. Hawley's answers to non-uniform interrogatories. Richardson also sought to designate a FRCP 30(b)(6) representative of Mt. Hawley for deposition. The parties engaged in discussion regarding the request, and Mt. Hawley ultimately supplemented its discovery responses in May 2025.

The parties then attended a mediation before the Honorable Jennifer Togliatti (Ret.) on June 24, 2025. Significant progress towards resolution was made. The parties are in continuing talks to secure a global resolution of both this action and the underlying lawsuit: *City of North Las Vegas v. Dekker/Perich/Sabatini Ltd.*, Nevada District Court, Clark County, Case No. A-19-798346-C ("the Underlying Suit").

By way of background, this action before the Court is a declaratory judgment action over insurance coverage for the Underlying Suit. The parties are working to attempt to secure a global resolution of both this action and the Underlying Suit. This involves multiple

2

parties and two lawsuits. Judge Togliatti (Ret.) is continuing to work with the parties to attempt to secure this global resolution.

**2.    A Specific Description of the Discovery that Remains to be Completed**

An extension of the deadlines would allow the parties, with the help of Judge Togliatti (Ret.), to continue to work towards a global resolution of this action and the Underlying Suit. The parties anticipate limited remaining discovery should the global resolution fail, and seek this extension to give Richardson the opportunity to conduct that limited discovery only if necessary.

**3.    Reasons Why Discovery is Not Completed**

Since the last request for an extension on June 20, 2025, the parties participated in a mediation before Judge Togliatti (Ret.) and have been focusing their efforts on securing a settlement of this action and the Underlying Suit. The parties request leave of this Court to continue to focus their efforts on global resolution.

**4.    Proposed Amendments to the Scheduling Order**

|  | **Current Scheduling Order** | *Requested* **Amended Scheduling Order** |
|---|---|---|
| Amending Pleadings and Adding Parties | December 20, 2024 | (no change) |
| Initial Expert Disclosures | January 24, 2025 | (no change) |
| Rebuttal Expert Disclosures | February 24, 2025 | (no change) |
| Discovery Closes | July 25, 2025 | *September 26, 2025* |
| Dispositive Motions | August 25, 2025 | *October 31, 2025* |

| Pre-Trial Order, if no Dispositive Motions | September 26, 2025 | *November 21, 2025* |

**IT IS SO STIPULATED AND AGREED:**

| THE CAVANAGH LAW FIRM, PA | PARKER, NELSON & ASSOCIATES, CHTD. |
|---|---|
| By: */s/ Marisa A. Pocci* <br> Rob A. Justman, Esq. (Pro Hac Vice) <br> 1850 North Central Ave., Suite 1900 <br> Phoenix, Arizona 85004 <br> (602) 350-8180 <br> rjustman@cavanaghlaw.com <br><br> Marisa A. Pocci, Esq. <br> Nevada Bar No. 10720 <br> Litchfield Cavo, LLP <br> 3993 Howard Hughes Pkwy, Ste 100 <br> Las Vegas, Nevada 89169 <br> (702) 949-3100 <br> pocci@litchfieldcavo.com <br> *Attorneys for Mt. Hawley Ins. Co.* <br><br> DATED July 28, 2025 | By: */s/ Theodore Parker, III,* <br> Theodore Parker, III, Esq. <br> Nevada Bar No. 4716 <br> 2460 Professional Court, Suite 200 <br> Las Vegas, NV 89128 <br> (702) 868-8000 <br> tparker@pnalaw.net <br> *Attorneys for Richardson Construction, Inc.* <br><br> DATED July 28, 2025 |

## **ORDER**

IT IS SO ORDERED.

Date: _____, 2025

_____
UNITED STATES MAGISTRATE JUDGE