Rob A. Justman (*Admitted Pro Hac Vice*)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci Carney
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for the Plaintiff,*
*Mt. Hawley Insurance Company*

Theodore Parker, III
Nevada Bar No. 4716
Parker, Nelson & Associates, Chtd.
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
(702) 868-8000
tparker@pnalaw.net
*Attorneys for Richardson Construction*
*Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mt. Hawley Insurance Company, | Case No.: 2:24-cv-01001-GMN-EJY |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| Richardson Construction Inc., | |
| Defendants. | |

The Parties, through undersigned counsel, jointly and respectfully submit this Stipulation to Dismiss this action, with prejudice, each of the Parties to bear their own attorneys' fees and costs. This Stipulation is further entered in accordance with the Court's Order (Doc. 29) dated April 2, 2026.

The Parties stipulate and agree that all of the claims asserted in this action are dismissed with prejudice, each of the Parties bearing their own attorneys' fees and costs. The Parties respectfully request that the Court enter the Order of Dismissal proposed by the Parties, which is lodged with this Stipulation.

RESPECTFULLY SUBMITTED May 28, 2026.

THE CAVANAGH LAW FIRM, PA

By:  */s/ Rob A. Justman*
Rob A. Justman (*Pro Hac Vice*)
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

LITCHFIELD CAVO, LLP

By:  */s/ Marisa A. Pocci Carney*
Marisa A. Pocci Carney, Nevada Bar No. 10720
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff, Mt. Hawley Insurance Company*

PARKER, NELSON & ASSOCIATES, CHTD.

By:  */s/ Theodore Parker (with permission)*
Theodore Parker, III, Esq.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128

*Attorneys for Richardson Construction, Inc.*

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mt. Hawley Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Richardson Construction Inc.,<br><br>Defendants. | Case No.: 2:24-cv-01001-GMN-EJY<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Pending before the Court is the Parties' Joint Stipulation to Dismiss with Prejudice (Doc. 30). Having reviewed the Stipulation:

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice, each of the Parties to bear their own attorneys' fees and costs.

The Clerk of Court is kindly directed to close this case.

**DATED** this __29__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court